UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD JOHN SINCLAIR,<br>Booking #22728816,<br><br>                                    Plaintiff,<br><br>            vs.<br><br>SAN DIEGO SHERIFF MARTINEZ;<br>CAPTAIN BIBEL,<br><br>                                    Defendants. | Case No.:  23-cv-648-MMA (MSB)<br><br>**ORDER GRANTING MOTION TO DISMISS**<br><br>[Doc. No. 5] |

## I. PROCEDURAL HISTORY

On April 7, 2023, Ronald John Sinclair ("Plaintiff"), while detained at the San Diego Central Jail ("SDCJ") in San Diego, California, and proceeding *pro se*, filed a civil rights Complaint ("Compl.") pursuant to 42 U.S.C. § 1983.  *See* Doc. No. 1.  Plaintiff did not pay the fee required by 28 U.S.C. § 1914(a) when he filed his Complaint; instead, he filed a Motion to Proceed In Forma Pauperis ("IFP") pursuant to 28 U.S.C. § 1915(a).  *See* Doc. No. 2.

On April 18, 2023, the Court conducted the required *sua sponte* screening and dismissed Plaintiff's Complaint for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b).  *See* Doc. No. 3.  Plaintiff

1  was also granted leave to proceed *in forma pauperis* and he was informed that he would

2  be required to pay the entire $350 filing fee by garnishing his inmate trust account

3  pursuant to the installment payment provisions set forth in 28 U.S.C. § 1915(b)(1).

4      Plaintiff was granted leave to file an amended pleading but instead he has filed a

5  request to dismiss this matter and has further requested that no further funds be garnished

6  from his account.

## II. MOTION TO DISMISS

8      Plaintiff has submitted a request to the Court stating, "please dismiss my complaint

9  in this matter" and "please do not have them take money from my trust account [and]

10  cancel my motion [to] proceed in forma pauperis."  Doc. No. 5.

11      Plaintiff has "an absolute right to voluntarily dismiss his action prior to"

12  defendants being served, filing an answer or seeking summary judgment, and "[t]he filing

13  of a notice of voluntary dismissal with the court automatically terminates the action as to

14  the defendants who are the subjects of the notice.  Such a dismissal leaves the parties as

15  though no action had been brought." *American Soccer Co., Inc. v. Score First*

16  *Enterprises*, 187 F.3d 1108, 1110 (9th Cir. 1999) (quoting *Wilson v. City of San Jose*, 111

17  F.3d 688, 692 (9th Cir. 1997).  The Court therefore **GRANTS** Plaintiff's Motion to

18  Dismiss pursuant to Federal Rules of Civil Procedure 41(a)(1).

19      However, the Court cannot stop the garnishment of Plaintiff's trust account as he

20  requests.  Regardless of whether the action is dismissed, Plaintiff remains obligated to

21  pay the filing fee.  A prisoner granted leave to proceed IFP remains obligated to pay the

22  entire fee in "increments" or "installments," *Bruce v. Samuels*, 577 U.S. 82, 84 (2016);

23  *Williams v. Paramo*, 775 F.3d 1182, 1185 (9th Cir. 2015), and regardless of whether their

24  action is ultimately dismissed. *See* 28 U.S.C. § 1915(b)(1) & (2); *Taylor v. Delatoore*,

25  281 F.3d 844, 847 (9th Cir. 2002).

## III. CONCLUSION

27      For the reasons explained, t Plaintiff's Motion to Dismiss (Doc. No. 5), liberally

28  construed as a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a), is

23-cv-648-MMA (MSB)

1    **GRANTED**.  The Clerk of Court is directed to dismiss this action and close the file.

2        **IT IS SO ORDERED**.

3    Dated:  May 12, 2023

4

5        HON. MICHAEL M. ANELLO
        United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

23-cv-648-MMA (MSB)